# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ
_____
Michael Flynn, Esq., Of Counsel
Sean Constable, Esq., Of Counsel

Offices throughout the Northeast
Toll Free: (866) 877-FELA

September 5, 2018

Judge J. Paul Oetken
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10001

RE:  DENDY & POLK V. AMTRAK
     14 Civ. 8381 (JPO) (JLC)

Honorable Sir:

I am plaintiffs' counsel in the above-entitled case and write to follow up on this matter which was the subject of a trial and post-trial motion. To date, defendant has not made payment on the Judgment entered by the Court on October 13, 2016. Plaintiffs therefore request a Disclosure Hearing pursuant to Federal Rule of Civil Procedure 69(a)(2) in order to obtain information necessary to execute on the Judgment.

Upon receipt of a hearing date from the Court, plaintiffs will issue a Disclosure Subpoena to command production of documents at the hearing as well as a representative on behalf of defendant to testify regarding the information necessary to execute on the Judgment. At the completion of the hearing, plaintiffs will also request a briefing schedule in connection with the attorney fee application in connection with all representation in this case.

Respectfully submitted,

Marc Wietzke

MW:EF
Cc:  Bill Ballaine, Esq.