# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

MARK S. LANDMAN
MEMBER

TEL: (212) 238-4880
EMAIL: mlandman@lcbf.com

120 BROADWAY
27TH FLOOR
NEW YORK, NEW YORK 10271
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center
4th Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

September 7, 2018

Via ECF

Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, N.Y. 10007

Re: Dendy et al. v. National Railroad Passenger Corporation
Case No.: 14-cv-8381- (JPO)

Dear Judge Oetken:

We represent defendant National Railroad Passenger Corporation ("Amtrak") and submit this response to the letter from plaintiffs' counsel, dated September 5, 2018, with respect to the payment of the Judgment in this action. Amtrak has advised plaintiffs' counsel that Amtrak will be paying the Judgment by October 9, 2018 and plaintiffs' counsel has authorized me to state that he withdraws his request for a disclosure hearing.

In addition, counsel for the parties will be discussing plaintiffs' counsel's attorneys' fees in an effort to resolve that issue. If the parties are unable to reach an agreement, plaintiffs' counsel reserves his right to seek attorneys' fees from the Court and Amtrak reserves its right to respond to such request. The parties will advise the Court on or before October 9, 2018, as to whether the fee issue has been resolved.

Thank you for your consideration of this matter.

Respectfully,

Mark S. Landman

MSL:me
cc: Marc Wietzke, Esq.
    Flynn & Wietzke, P.C.
    1205 Franklin Avenue, Suite 370
    Garden City, N.Y. 11530

4831-4501-4129v.1