UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TIMOTHY DENDY and JASON POLK,

                                    Plaintiffs,

            - *against* -

NATIONAL R.R. PASSENGER CORP.,

                                Defendant.
-----------------------------------------------------------------------X

**SATISFACTION OF JUDGMENT**

1:14-CV-08381

**WHEREAS**, a Judgment was signed and filed in the above entitled action on October 13, 2016, and entered in the office of the Clerk, United States District Court, Southern District of New York in favor of plaintiffs Timothy Dendy and Jason Polk in the sums of (1) $711.43 in back pay for Timothy Dendy; (2) $125,000 in punitive damages for Timothy Dendy; (3) $711.43 in back pay for Jason Polk; (4) $25,000 in compensatory damages for Jason Polk; and (5) $125,000 in punitive damages for Jason Polk, for a total judgment for plaintiff Timothy Dendy in the sum of $125,711.43 as against defendant National R.R. Passenger Corp. and a total judgment for Jason Polk in the sum of $150,711.43 as against defendant National R.R. Passenger Corp., and said Judgment has been fully satisfied regarding both plaintiffs;

**AND** it is certified that there are no outstanding executions with any Sheriff or Marshall within the State of New York;

4827-5924-8500v.2

**THEREFORE**, Full Satisfaction of said Judgment entered herein is hereby acknowledged,

and the Clerk of the Court is hereby authorized and directed to make an entry of satisfaction on

the docket of said Judgment.

**Dated:** ~~September~~ October 2, 2018

_____

**TIMOTHY DENDY**

_____

**JASON POLK**

STATE OF NEW YORK ) ss. :
COUNTY OF Nassau )

On ~~September~~ October 2, 2018, before me **TIMOTHY DENDY** personally came to me known,

and known to me to be the individual described herein, and who executed the foregoing

SATISFACTION OF JUDGMENT, and duly acknowledged to me that he executed the same.

EVA FLECHA
NOTARY PUBLIC - STATE OF NEW YORK
NO. 4856015
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES JUNE 23, 20 22

_____
Notary Public

STATE OF NEW YORK ) ss. :
COUNTY OF Nassau . )

On ~~September~~ October 2, 2018, before me **JASON POLK** personally came to me known, and

known to me to be the individual described herein, and who executed the foregoing

SATISFACTION OF JUDGMENT, and duly acknowledged to me that he executed the same.

EVA FLECHA
NOTARY PUBLIC - STATE OF NEW YORK
NO. 4856015
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES JUNE 23, 20 22

_____
Notary Public

2

4827-5924-8500v.2